PER CURIAM.

(No. 74-CC-392—Claimant )

LUCY L. REESE, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT of PUBLIC AID, Respondent.

*Opinion filed April 8, 1974.*

LUCY L. REESE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.